JS - 6

E-FILED 06/25/2012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET SILLETTI LOPEZ </br></br> Plaintiff, </br></br> vs. </br></br> METROPOLITAN LIFE INSURANCE CO. </br> Defendants. | CASE NO. CV 11-2994 GHK (FFMx) </br></br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

Dated: 6/25/12

GEORGE H. KING
United States District Judge